AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

UNITED STATES OF AMERICA
V.

TRAVIS JORDAN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:10CR20050-001
USM Number: 10344-010

Patrick Flake
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) Law Violation, Standard Condition #5 and Special Condition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Law Violation | Domestic Battery | 01/01/2012 |
| Law Violation | Assault 1st on Family Member | 01/09/2013 |
| Standard Condition #5 | Failure to maintain employment | 03/19/2013 |
| Special Condition | Failure to obtain GED | 03/19/2013 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4321

Defendant's Date of Birth: XX-XX-1977

Defendant's Residence Address:

XXXXXXXXXXXXXX

Fort Smith, Arkansas 72901

Defendant's Mailing Address:

Same as above

March 19, 2013
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

✓ Honorable Robert T. Dawson, Senior United States District Judge
- P  Name and Title of Judge

March 20, 2013
Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 20 2013**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: TRAVIS JORDAN
CASE NUMBER: 2:10CR20050-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **Nine (9) Months. No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 1 p.m. on May 8, 2013 .

X as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL